United States District Court

Eastern District of California

Joel Whitney,

    Plaintiff,                          No. Civ. S 04-2683 DFL PAN P

  vs.                                Findings and Recommendations

Scott Kernan, et al.,

    Defendants.

-oOo-

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel.

    April 13, 2005, the court dismissed plaintiff's claims against defendant Kernan pursuant to 28 U.S.C. § 1915A, with leave to amend. The court informed plaintiff he could proceed against defendants Simonson, Baker and Mesa by submitting materials for service of process within 15 days, but the court would construe his election so to proceed as consent to dismissal of his claims against defendant Kernan without leave to amend.

1	May 6, 2005, plaintiff submitted materials for service of
2	defendants Simonson, Baker and Mesa.  I find plaintiff has
3	consented to dismissal of claims against defendant Kernan without
4	leave to amend.
5	Accordingly, the court hereby recommends that claims against
6	defendant Kernan be dismissed without prejudice.
7	Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these
8	findings and recommendations are submitted to the United States
9	District Judge assigned to this case.  Written objections may be
10	filed within 20 days of service of these findings and
11	recommendations.  The document should be captioned "Objections to
12	Magistrate Judge's Findings and Recommendations."  The district
13	judge may accept, reject, or modify these findings and
14	recommendations in whole or in part.
15	Dated:  May 22, 2005.

         /s/ Peter A. Nowinski
         PETER A. NOWINSKI
         Magistrate Judge